623 A.2d 814

The GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD
OF FINANCE AND REVENUE.

Supreme Court of Pennsylvania.

Argued April 7, 1993.

Decided April 30, 1993.

William Y. Rodewald, Richard R. Tarantine, for Guardian Life Ins. Co.

Ernest Preate, Jr., John Butchar, for Board of Finance and Revenue.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.